RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  9/18/15
       yt

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN TORRE | DOCKET NO. 15-CV-1804; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| BECKY CLAY, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### ORDER OF TRANSFER

Pro se petitioner John Torre filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 on June 1, 2015. Petitioner is, and was at the time of filing, incarcerated at the Federal Correctional Institution - La Tuna, in Anthony, Texas.

A Section 2241 petition for habeas corpus must be filed in the district in which the prisoner is confined. See Pack v. Yusuff, 218 F.3d 448, 451 (5th Cir. 2000)(citations omitted); In re Jones, 226 F.3d 328, 332 (4th Cir. 2000). Petitioner is not confined in this district, nor was he confined in this district at the time of filing. Thus, this court lacks jurisdiction in this case.

The Court finds it in the interests of justice to transfer the case. Therefore, this case is hereby **TRANSFERRED** to the United States District Court for the Western District of Texas for further proceedings. 28 U.S.C. §1406(a).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 18th day of September, 2015.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE